F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____ 05-CV-1406 ─OES

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

MARK DERR MARIANI,

      Plaintiff,

v.

JOSEPH STOMMEL, Administrator, (in his official capacity), Colorado Sex Offender
    Treatment and Monitoring Program, Department of Corrections 2862 South
    Circle Drive, Colorado Springs, CO 80906,
JOSEPH ORTIZ, Director, Colorado Department of Corrections (in his official capacity),
    2862 South Circle Drive, Colorado Springs, CO 80906,
GARY K. WATKINS, Warden, (in his official capacity), Fremont Correctional Facility,
    PO Box 999, Canon City, CO 81215,
DONICE NEAL, Warden (in her official capacity), Arrowhead Correctional Facility, PO
    Box 300, Canon City, CO 81215,
CHARLES OLIN, (personally and in his official capacity), Full Operating Level
    Treatment Provider, Fremont Correctional Facility, East Canon Complex, PO Box
    999, Canon City, CO 81215, and
DWIGHT MARTINEZ, (personally and in his official capacity), SOTMP Clinician,
    Arrowhead Correctional Facility, PO Box 300, Canon City, CO 81215,

      Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner Complaint. The court has determined that the document is deficient as described in this order. Plaintiff has also tendered the full $250.00 filing fee. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other _____

**Complaint, Petition or Application:**
(10) __ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 26th day of July, 2005.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **05-CV-1406**

Mark Derr Mariani
Reg. No. 63922
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on **7-27-05**

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk