IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 27 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01406-WDM-MJW

MARK DERR MARIANI,

    Plaintiff,

v.

JOSEPH STOMMEL, Administrator, (in his official capacity), Colorado Sex Offender
    Treatment and Monitoring Program, Department of Corrections 2862 South
    Circle Drive, Colorado Springs, CO 80906,
JOSEPH ORTIZ, Director, Colorado Department of Corrections (in his official capacity),
    2862 South Circle Drive, Colorado Springs, CO 80906,
GARY K. WATKINS, Warden, (in his official capacity), Fremont Correctional Facility,
    PO Box 999, Canon City, CO 81215,
DONICE NEAL, Warden (in her official capacity), Arrowhead Correctional Facility, PO
    Box 300, Canon City, CO 81215,
CHARLES OLIN, (personally and in his official capacity), Full Operating Level
    Treatment Provider, Fremont Correctional Facility, East Canon Complex, PO Box
    999, Canon City, CO 81215, and
DWIGHT MARTINEZ, (personally and in his official capacity), SOTMP Clinician,
    Arrowhead Correctional Facility, PO Box 300, Canon City, CO 81215,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: Sept. 22, 2005

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01406-WDM-MJW

Mark Derr Mariani
Prisoner No. 63922
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

Joseph Stommel, Joseph Ortiz,
Gary Watkins, Donice Neal,
Charles Olin, and Dwight Martinez – WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
DC Box - **COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for process of service on Joseph Stommel, Joseph Ortiz, Gary Watkins, Donice Neal, Charles Olin, and Dwight Martinez: AMENDED COMPLAINT FILED 8/12/05, SUMMONS, WAIVER, AND CONSENT FORM on 9/27/05.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk