IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01406-WDM-OES

MARK DERR MARIANI,

Plaintiff,

vs.

JOSEPH STOMMEL;
JOSEPH ORTIZ;
GARY K. WATKINS;
DONICE NEAL;
CHARLES OLIN, individually;
CHARLES OLIN, officially;
DWIGHT MARTINEZ, individually; and
DWIGHT MARTINEZ, officially;

Defendant(s).
_____

**ORDER REGARDING PRELIMINARY SCHEDULING/STATUS CONFERENCE
FOR PRISONER CASES**
_____
ORDER ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER

     In reviewing the file in this case, the Court notes that Defendants have filed a Motion to Dismiss (Doc. #10, filed 11/28/05), and Plaintiff has filed a Response to the Motion to Dismiss (Doc. #11, filed 12/7/05).  Therefore, A Preliminary Scheduling/Status Conference will be set after resolution of Defendants' Motion to Dismiss, if necessary.